IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RENEE PHILLIPS,

    Petitioner,                    No. CIV S-00-1588 DFL JFM P

  vs.

R. HICKMAN, et al.,

    Respondents.               <u>ORDER</u>

        Petitioner has requested an extension of time to file and serve objections to the March 28, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 13, 2005 request for an extension of time is granted; and

        2. Petitioner shall file and serve objections to the March 28, 2005 findings and recommendations on or before May 12, 2005.

DATED: April 22, 2005.

UNITED STATES MAGISTRATE JUDGE

12/kf;phil1588.111